| PROB 22 (Rev. 2/88) **E-filing** | | DOCKET NUMBER *(Tran. Court)* 2:97CR00028-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Cheryl Marie Rogers<br>5034 Canyon Drive<br>Santa Rosa, CA 95409 | EASTERN DISTRICT OF WASHINGTON | Spokane |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert H. Whaley | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/012008    TO 01/31/ 2113 |

**OFFENSE**

Count 1-Conspiracy to Possess With Intent to Distribute and Distribute Methamphetamine, Amphetamine, and Cocaine, in violation of 21 U.S.C. § 846;
Count 2-Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 13, 2008          Fred Van [signature]
Date                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

21 March 2008                       [signature]
Effective Date                                    United States District Judge