# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

## Report on Offender Under Supervision

Name of Offender:          Cheryl M. Rogers           Docket No.:   CR 08-00224-01 CRB

Name of Sentencing Judge:  The Honorable Robert H. Whaley
                           United States District Judge
                           Eastern District of Washington

Date of Original Sentence: October 16, 1997

Original Offense:
Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846, a Class A felony

Original Sentence: 150 months custody; five years supervised release
Special Conditions: Special assessment $200; drug/alcohol treatment; mental health treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons

Jurisdiction of this case was transferred from the Eastern District of Washington to the Northern District of California on March 13, 2008.

Type of Supervision: Supervised Release      Date Supervision Commenced: February 1, 2008
Assistant U.S. Attorney: Duty AUSA Nat Cousins                Defense Counsel: Duty AFPD

## Petitioning the Court to Take Judicial Notice

## Cause

Cheryl M. Rogers  Page 2
CR 08-00224-01 CRB

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that she not commit another federal, state, or local crime. |

> On July 11, 2008, officers responded to a two-vehicle accident at about 1:45 A.M.. A red mustang, which was driven by Ms. Rogers, had collided into a parked pick up truck. Ms. Rogers was asked to take some field sobriety tests, which she failed. She then took a breath test which showed that her BAL was .18 and .17. Ms. Rogers was cited for VC 23152(a)- Driving Under the Influence.
>
> This is evidenced by Santa Rosa Police Report #08-10504.

**Action Taken and Reason**

Ms. Rogers will be prosecuted for the DUI in Sonoma County. She continues to participate in counseling, is working part time and is enrolled at Santa Rosa Junior College. Ms. Rogers is very concerned about this conduct and appears to want to learn from this. It is this officer's recommendation that the court take Judicial Notice of this violation, pending a disposition in State Court.

Duty Assistant U.S. Attorney, Nat Cousins, has been notified and there are no objections.

Respectfully submitted,                                  Reviewed by:

Sharon K. Alberts                                         Robert E. Tenney
U.S. Probation Officer                                    Supervisory U.S. Probation Officer

Date Signed: July 30, 2008

NDC-SUPV-FORM 12A 06/23/08

Cheryl M. Rogers  Page 3
CR 08-00224-01 CRB

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_August 01, 2008_____          _____
Date                                  Charles R. Breyer
                                      United States District Judge

NDC-SUPV-FORM 12A 06/23/08